# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                     **Case No. 4:13-cr-00096 KGB**

**CHARLES E. FIELDS**                                                             **DEFENDANT**

## ORDER

Pending is defendant Charles E. Fields' unopposed motion to continue plea date (Dkt. No. 22). For good cause shown, the motion is granted.

The change of plea in this matter is removed from this Court's calendar for Wednesday, March 18, 2015, and is rescheduled for Thursday, April 9, 2015 at 11:00 a.m.

It is so ordered this 18th day of March, 2015.

_____
Kristine G. Baker
United States District Judge