## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 4:13-cr-00096 KGB

CHARLES E. FIELDS                                                                    DEFENDANT

## ORDER

Pending is defendant Charles E. Fields's unopposed motion to continue plea date (Dkt. No. 24). For good cause shown, the motion is granted.

The change of plea hearing in this matter is removed from this Court's calendar for Thursday, April 9, 2015, and is rescheduled for Tuesday, April 28, 2015 at 2:30 p.m.

It is so ordered this 7th day of April, 2015.

_____
Kristine G. Baker
United States District Judge