**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              Case No. 4:13-cr-00096 KGB

CHARLES E. FIELDS                                                             DEFENDANT

**FINAL ORDER OF FORFEITURE**

On September 15, 2015, the Court entered a Preliminary Order of Forfeiture (Dkt. No. 41), ordering Charles E. Fields ("Defendant") to forfeit his interest in

      A.      One HP 6735 Laptop Computer, Serial Number CNU8511231;

      B.      One GB Attach'e thumb drive (blue in color); and

      C.      One Scandisk 16 GB thumb drive.

(collectively "forfeited property").

The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

It is so ordered this 28th day of December, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge